IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN APONIK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERIZON PENNSYLVANIA INC | : | NO. 15-413 |

ORDER

AND NOW, this 21st day of May, 2015, upon consideration of the parties' motions for partial summary judgment on the stipulated question presented (docket entries ## 13 and 14), it is hereby ORDERED that:

1. Defendant's motion for partial summary judgment is GRANTED;

2. Plaintiff's motion for partial summary judgment is DENIED;

3. Plaintiff's claim for damages for personal injury in consequence of defendant's alleged violation of the Americans with Disabilities Act is STRICKEN;

4. By noon on June 1, 2015 the parties shall jointly ADVISE the Court by FAX (215-580-2156) whether they believe mediation before Judge Hart would likely be productive; and

5. Further scheduling shall ABIDE receipt of the parties' joint submission.

BY THE COURT:

   /s/ Stewart Dalzell, J.
Stewart Dalzell, J.